GEORGE A. FOSTER, Respondent, v. GIULIO DIPAOLO and Another, Appellants. — Judgment and order affirmed, with costs. All concur, except Sears, J., who dissents upon the question of damages.

HAROLD J. FORD, an Infant, by JOHN FORD, His Guardian ad Litem, Respondent, v. THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 13 OF THE TOWN AND CITY OF CORNING, Appellant.— Judgment and order affirmed, with costs. All concur.

FRANK NASHEK, Respondent, v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, Appellant.— Judgment and order affirmed, with costs. All concur.

WILLIAM R. HUNT, Respondent, v. JESSE COVERT, Appellant.— Judgment and order affirmed, with costs. All concur, except Hubbs and Sears, JJ., who dissent.

SMITH STORAGE AND CARTING CORPORATION, Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.— Judgment and order affirmed, with costs. All concur, except Clark, J., who dissents.

MABEL BARRETT, an Infant, etc., by THOMAS BARRETT, Her Guardian ad Litem, Respondent, v. FRANK L. HALL COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

A. W. BURRITT COMPANY, Respondent, v. PALMER-MARCY Co., INC., Appellant.— Judgment and order affirmed, with costs. All concur.

EDWARD J. FITZMORRIS and BERTHA FITZMORRIS, Respondents, v. LOUIS SGROI, Appellant.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

PEARL J. PROVANCHA, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

ARTHUR N. VAN DENBURG and Others, Respondents, v. FIRST TRUST AND DEPOSIT COMPANY, as Executor, etc., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ULYSSES B. RUSSELL, Relator, v. WILLIAM J. DOTY, as County Treasurer of Chautauqua County, Defendant.— Motion for leave to appeal to Court of Appeals granted.

In the Matter of the Final Judicial Settlement of the Accounts of FREDERICK W. HERENDEEN, One of the Executors, etc., of EDWARD W. HERENDEEN, Deceased. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JOSEPH ANGE, as Administrator, etc., Appellant, v. ÆTNA CASUALTY AND SURETY COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

SOLOMON BERNSTEIN, Respondent, v. JOHN J. McCLOSKEY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ECONOMIC STEEL RACK COMPANY, Respondent, v. ECKELS-NYE STEEL COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

BARBER-FOSTER ENGINEERING COMPANY, Respondent, v. SMITH WHEEL, INC., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.